■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE ADAMES, Appellant. [679 NYS2d 100] —Judgment, Supreme Court, New York County (Renee White, J., at plea; Carol Berkman, J., at sentence), rendered on or about January 19, 1996, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MEI ZHENG, Appellant. [677 NYS2d 476] —Judgment, Supreme Court, New York County (Howard Bell, J.), rendered February 7, 1992, convicting defendant, after a jury trial, of kidnapping in the first degree, and sentencing him to a term of 20 years to life, unanimously affirmed.

The issues raised by defendant on this appeal were previously considered and rejected by this Court, as well as by the Court of Appeals, on the appeals of his codefendants (*see, People v Hok Ming Chan*, 230 AD2d 165, *affd* 91 NY2d 913), and we see no reason to reach a different determination with respect to this defendant. Concur—Sullivan, J. P., Nardelli, Mazzarelli, Andrias and Saxe, JJ.